**VACATED and Opinion Filed May 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00688-CV

### RICHARD P. DALE, JR., Appellant
### V.
### PLAZA AT TURTLE CREEK RESIDENCES ASSOCIATION, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05411**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Before the Court is the parties' joint motion to vacate the judgment below and dismiss the appeal. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion, vacate the trial court's judgment, and dismiss the underlying case and the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/ Lana Myers/
LANA MYERS
JUSTICE

140688F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD P. DALE, JR., Appellant

No. 05-14-00688-CV     V.

PLAZA AT TURTLE CREEK
RESIDENCES ASSOCIATION, INC.,
Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-05411.
Opinion delivered by Justice Myers.
Justices Fillmore and Evans, participating.

In accordance with this Court's opinion of this date, the trial court's judgment is **VACATED** and this appeal and the underlying case is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Plaza at Turtle Creek Residences Association, Inc. recover its costs of the appeal from appellant Richard P. Dale, Jr.

Judgment entered this 19th day of May, 2015.